No. 13–0213/MC. U.S. v. Daniel W. Sanders. CCA 201300202. On further consideration of the granted issue, 72 M.J. 159 (C.A.A.F. 2013), and in light of *United States v. Kish*, 72 M.J. 158 (C.A.A.F. 2013), it is ordered that the decision of the United States Navy–Marine Corps Court of Criminal Appeals is set aside, and the case is returned to the Judge Advocate General of the Navy for remand to the Court of Criminal Appeals for further consideration after the conclusion of its review in *Kish*.

No. 13–0241/MC. U.S. v. Richard T. Pearce. CCA 201100110. On further consideration of the granted issues, 72 M.J. 154 (C.A.A.F. 2013), and 72 M.J. 159 (C.A.A.F. 2013), in light of *United States v. Castellano*, 72 M.J. 217 (C.A.A.F. 2013), and *United States v. Kish*, 72 M.J. 158 (C.A.A.F. 2013), it is ordered that the decision of the United States Navy–Marine Corps Court of Criminal Appeals is set aside, and the case is returned to the Judge Advocate General of the Navy for remand to the Court of Criminal Appeals for further consideration after the conclusion of its review in *Kish*.

No. 13–0268/MC. U.S. v. Samuel Pacheco, Jr. CCA 201200366. On further consideration of the granted issue, 72 M.J. 164 (C.A.A.F. 2013), and in light of *United States v. Kish*, 72 M.J. 158 (C.A.A.F. 2013), it is ordered that the decision of the United States Navy–Marine Corps Court of Criminal Appeals is set aside, and the case is returned to the Judge Advocate General of the Navy for remand to the Court of Criminal Appeals for further consideration after the conclusion of its review in *Kish*.

No. 13–0269/MC. U.S. v. Joshua W. Tiger. CCA 201300284. On further consideration of the granted issue, 72 M.J. 167 (C.A.A.F. 2013), and in light of *United States v. Kish*, 72 M.J. 158 (C.A.A.F. 2013), it is ordered that the decision of the United States Navy–Marine Corps Court of Criminal Appeals is set aside, and the case is returned to the Judge Advocate General of the Navy for remand to the Court of Criminal Appeals for further consideration after the conclusion of its review in *Kish*.

No. 13–0332/MC. U.S. v. Chad J. Batchelder. CCA 201200180. On further consideration of the granted issue, 72 M.J. 261 (C.A.A.F. 2013), and in light of *United States v. Kish*, 72 M.J. 158 (C.A.A.F. 2013), it is ordered that the decision of the United States Navy–Marine Corps Court of Criminal Appeals is set aside, and the case is returned to the Judge Advocate General of the Navy for remand to the Court of Criminal Appeals for further consideration after the conclusion of its review in *Kish*.

No. 13–0352/MC. U.S. v. Michael A. Arnold. CCA 201200382. On further consideration of the granted issue, 72 M.J. 261 (C.A.A.F. 2013), and in light of *United States v. Kish*, 72 M.J. 158 (C.A.A.F. 2013), it is ordered that the decision of the United States Navy–Marine Corps Court of Criminal Appeals is set aside, and the cases are returned to the Judge Advocate General of the Navy for remand to the Court of Criminal Appeals for further consideration after the conclusion of its review in *Kish*.

No. 13–0408/MC. U.S. v. Don W. Bailey. CCA 201200370. On further consideration of the granted issue, 72 M.J. 458 (C.A.A.F. August 5, 2013), and in light of *United States v. Kish*, 72 M.J. 158 (C.A.A.F. 2013), it is ordered that the decision of the United States Navy–Marine Corps Court of Criminal Appeals is set aside, and the cases are returned to the Judge Advocate General of the Navy for remand to